UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:

Pennie Kathleen Nelson-Quick

Debtor.

Case No. 18-21006-dob
Chapter 13 Bankruptcy

Hon. Daniel S. Opperman

### DEBTOR'S FIRST POST CONFIRMATION CHAPTER 13 PLAN MODIFICATION

**Pennie Kathleen Nelson-Quick** (Debtor), by and through her attorney, Reinert & Reinert, by Joshua M. Reinert, propose the following post confirmation modification to the debtors' Chapter 13 Plan:

1) Debtor proposes the following change to her plan: The debtors' Chapter 13 plan payment hereafter shall be $2,985.00 monthly for 84 months from the date of confirmation, August 24, 2018 pursuant to 11 U.S.C. Section 1329(d)(1) AND the debtor shall pay to the Trustee her State of Michigan income tax refunds.

2) Debtor proposes that, upon court approval of this plan modification, any plan funding delinquency as a result of missed plan payments (if any) or failure to pay income tax refunds to the Trustee is forgiven.

3) All other terms of the confirmed plan and the August 24, 2018 Order Confirming Plan remain the same and are incorporated herein.

4) The debtor will not be filing Amended Schedules I & J.

Pursuant to LBR 3015-2(b)(1)(C) the impact of the proposed plan modification on each class of creditors is as follows:

1) Class One:     NONE

1

2) Class Two:       NONE

3) Class Three:     NONE

4) Class Four:      NONE

5) Class Five:      NONE

6) Class Six:       NONE

7) Class Seven:     NONE

8) Class Eight:     NONE

9) Class Nine:      There will be a reduction in the distribution to Class 9 creditors.

Attached hereto are the following as required by LBR 3015-1(b) and 3015-2(b)(1)(B):

1) Liquidation Analysis (See Attachment 1);

2) Chapter 13 Worksheet (See Attachment 2).

Dated: October 5, 2020

Respectfully Submitted,

REINERT & REINERT

/s/ Joshua M. Reinert
Joshua M. Reinert P-66185
3434 Davenport
Saginaw, MI 48602
Phone: (989) 799-8860
Email: ecf@mcreinert.com

/s/ Pennie Kathleen Nelson-Quick
Pennie Kathleen Nelson-Quick
Debtor

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| REAL PROPERTY | 196,000.00 | 207,171.57 | 12,676.90 | 12,676.90 | 0.00 |
| HHG/PERSONAL EFFECTS | 710.00 | 0.00 | 710.00 | 710.00 | 0.00 |
| JEWELRY | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 |
| CASH/BANK ACCOUNTS | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 |
| VEHICLES | 12,250.00 | 13,684.60 | 750.00 | 750.00 | 0.00 |
| OTHER (itemize) | | | | | |
| Sears riding lawn mower, misc. farm/yard tools, 2 hoop houses 20'x24' damaged covering | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 777.09

Amount Available in Chapter 7 $ 0.00

Chapter 13 Model Plan - version 3.0

# ATTACHMENT 2 - CHAPTER 13 WORKSHEET

| Name | Claimed Amount | Balance Owed | Interest Rate | Monthly Payment | To Be Paid |
|---|---|---|---|---|---|
| Joshua Reinert with Approved and Estimated Post Confirmation Legal Fees | $6,868.20 | | | | $2,200.00 |
| David J and Virginia J Dilks | | | | $700.00 monthly | $40,600.00 |
| David J and Virginia J Dilks | $4,506.47 | $4,506.47 | | | $4,506.47 |
| JPD, Inc. | | | | $502.00 | $29,116.00 |
| JPD, Inc. | $3,231.77 | $3,231.77 | | | $3,231.77 |
| SN Servicing Corporation - EFT | | | | $433.29 | $25,130.82 |
| SN Servicing Corporation - EFT | $2,904.48 | $2,904.48 | | | $2,904.48 |
| David J and Virginia J Dilks | $6,200.00 | $6,200.00 | | | $6,200.00 |
| JPD, Inc. | $4,162.14 | $4,162.14 | | | $4,162.14 |
| SN Servicing Corporation - EFT | $8,153.95 | $8,153.95 | | | $8,153.95 |
| Oscoda County Treasurer | $6,471.00 | $6,471.00 | 18.00% | $167.84 | $9,734.34 |
| Oscoda County Treasurer | $3,058.88 | $3,058.88 | 18.00% | $79.34 | $4,601.44 |
| Oscoda County Treasurer | $1,904.79 | $1,904.79 | 18.00% | $49.40 | $2,865.55 |
| Oscoda County Treasurer | $900.42 | $900.42 | 18.00% | $23.35 | $1,354.66 |
| Oscoda County Treasurer | $5,004.65 | $5,004.65 | 18.00% | $129.80 | $7,528.74 |
| Oscoda County Treasurer | $2,365.73 | $2,365.73 | 18.00% | $61.36 | $3,558.79 |
| Oscoda County Treasurer | $1,319.22 | $1,319.22 | 18.00% | $34.22 | $1,984.40 |
| Oscoda County Treasurer | $623.62 | $623.62 | 18.00% | $16.17 | $938.29 |
| Oscoda County Treasurer | $1,719.61 | $1,719.61 | 18.00% | $44.60 | $2,586.88 |
| Oscoda County Treasurer | $812.86 | $812.86 | 18.00% | $21.08 | $1,222.90 |
| All Unsecured Creditors | Total Unsecured | | Estimated Percent To Be Paid to Unsecured | | |
| | $19,366.37 | | 4.4% | | $853.10 |